IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| ROBIN MURPHY THOMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 5:20-cv-1591-LCB |
| ) | |
| MERCHANTS ADJUSTMENT ) | |
| SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**COME NOW** Plaintiff Robin Murphy Thompson ("Plaintiff") and Defendant Merchant's Adjustment Services, Inc., ("Defendant"), by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii) and submit this stipulation of dismissal without prejudice. Plaintiff hereby dismisses, without prejudice, all claims asserted against Defendant. Defendant consents to this dismissal, as indicated by the signature of its counsel below.

Respectfully submitted,

*/s/ John G. Watts*

John G. Watts
M. Stan Herring, Jr.
WATTS & HERRING LLC
301 19th Street North
Birmingham, Alabama 35203
Telephone: (205) 714-4443
stan@wattsherring.com
john@wattsherring.com

*Attorneys for Plaintiff, Robin Murphy Thompson*

*/s/ Neal D. Moore* (with permission – MSH)

Neal D. Moore, III
CHRISTIAN & SMALL LLP
505 North 20th Street, Ste 1800
Birmingham, AL 35203
Phone (205) 795-6588
Fax (205) 328-7234
email: ndmoore@csattorneys.com

*Attorney for Defendant, Merchant's Adjustment Services, Inc.*